# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

September 6, 2023

Via ECF

The Honorable Lewis A. Kaplan,
United States District Court,
Southern District of New York,
500 Pearl Street,
New York, NY 10007-1312.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/6/23

Re:   United States v. Maldonado, et al., No. 23-cr-00126 (LAK)

Dear Judge Kaplan:

I write on behalf of Defendant Maximiano Camacho Perez to request an adjournment of the status conference currently scheduled for September 7, 2023 at 11:30 A.M. I respectfully request that the Court adjourn the status conference to October 12, 2023 or anytime thereafter that is convenient for the Court. I have conferred with counsel for the Government, which consents to this request.

I am engaged on behalf of Mr. Camacho Perez in ongoing discussions with the Government concerning a potential pre-trial disposition of this matter, and am optimistic that those discussions will be successfully completed in the near term. This is the second request for an adjournment of the status conference. If the Court grants this request, I also respectfully request the exclusion of time under the Speedy Trial Act, with the Government's consent, until the date to which the conference is adjourned.

Respectfully submitted,

/s/ Nicole W. Friedlander

Nicole W. Friedlander

cc:   AUSA Patrick Moroney (via ECF)

*[Handwritten endorsement: Adjourned to 10/12/23 at 4:30 pm. Time excluded for speedy trial purposes to afford time for discussions.]*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/6/23