# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY


DATE FILED: 10-11-23

October 9, 2023

<u>Via ECF</u>

The Honorable Lewis A. Kaplan,
    United States District Court,
        Southern District of New York,
            500 Pearl Street,
                New York, NY 10007-1312.

    Re: <u>United States v. Maldonado, et al., No. 23-cr-00126 (LAK)</u>

Dear Judge Kaplan:

    I write on behalf of Defendant Maximiano Camacho Perez to request an adjournment of the status conference currently scheduled for October 12, 2023 at 4:30 P.M. I respectfully request that the Court adjourn the status conference to November 15, 2023 at 11:30 A.M. I have conferred with counsel for the Government, which consents to this request.

    I remain engaged on behalf of Mr. Camacho Perez in ongoing discussions with the Government concerning a potential pre-trial disposition of this matter, and am optimistic that those discussions will be successfully completed in the near term. This is the third request for an adjournment of the status conference. If the Court grants this request, I also respectfully request the exclusion of time under the Speedy Trial Act, with the Government's consent, until November 15, 2023.

Respectfully submitted,

/s/ Nicole W. Friedlander

Nicole W. Friedlander

cc: AUSA Patrick Moroney (via ECF)

*[Handwritten annotation: Granted. Time excluded by consent for reasons stated to + including 11/15/23. [signature] 10/11/23]*