# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/23

November 13, 2023

Via ECF

The Honorable Lewis A. Kaplan,
United States District Court,
Southern District of New York,
500 Pearl Street,
New York, NY 10007-1312.

> Re:   United States v. Maldonado, et al., No. 23-cr-00126 (LAK)

Dear Judge Kaplan:

      I write on behalf of Defendant Maximiano Camacho Perez to request an adjournment of the status conference currently scheduled for November 15, 2023 at 11:30 A.M. I respectfully request that the Court adjourn the status conference to a time convenient for the court after December 13, 2023. I have conferred with counsel for the Government, which consents to this request.

      I have been engaged on behalf of Mr. Camacho Perez in discussions with the Government concerning a potential pre-trial disposition of this matter and believe that agreement on a pre-trial disposition of this case will be reached very soon. To the extent such a disposition is reached, Defendant and the Government will schedule a proceeding before the magistrate judge. This is the fourth request for an adjournment of the status conference. If the Court grants this request, I also respectfully request the exclusion of time under the Speedy Trial Act, with the Government's consent, until the rescheduled status conference date.

Application granted. The 11/15/2023 conference is adjourned until 12/14/2023 at 11:30 AM. If a disposition is reached, the change of plea hearing is referred to the magistrate. Time from today through and including 12/14/2023 is excluded from speedy trial calculations in the interests of justice.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: November 14, 2023

Respectfully submitted,

*/s/ Nicole W. Friedlander*

Nicole W. Friedlander