UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MAXIMIANO CAMACHO PEREZ,

Defendant.

**ORDER**

23 Cr. 126 (LAK)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/23

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Jennifer E. Willis on December 5, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for March 7, 2024, at 11 a.m., and the status conference currently scheduled for December 14, 2023, is adjourned.

**SO ORDERED:**

Dated: New York, New York

12/14/23

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK