UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.

23 CR 126 (LAK)

MAXIMIANO CAMACHO PEREZ,

               Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to time served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant MAXIMIANO CAMACHO PEREZ, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 11/25/2024

                                            Lewis A. Kaplan
                                        United States District Judge